O 91(Rev.5/85) Criminal Complaint

**ORIGINAL**

# United States District Court

___CENTRAL___ DISTRICT OF ___CALIFORNIA___

FILED
CLERK, U.S. DISTRICT COURT
APR 26 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES OF AMERICA
V.
CESAR SOLTERO

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER:

**07-0605M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___February 18, 2007___ in ___Los Angeles___ county in the ___Central___ District of ___California___ defendant(s) did,

willfully, knowingly and unlawfully travel in interstate commerce from the State of California to Mexico, with the intent to avoid prosecution for the crimes of murder and attempted murder, in violation of California Penal Code sections 187 and 664/187, felonies in the State of California, for which Cesar Soltero was charged in arrest warrant number LAVLA05494901, issued by the Superior Court of Los Angeles, County of Los Angeles, on February 21, 2007,

In violation of Title ___18___ United States Code, Section(s) ___1073.___

I further state that I am a(n) ___Special Agent___ and that this complaint is based on the following facts:

(SEE ATTACHMENT)

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐No

Signature of Complainant
SCOTT F. GARRIOLA
Special Agent - FBI

Sworn to before me and subscribed in my presence,

___April 26, 2007___  at  ___Los Angeles, California___
Date                                          City and State

Hon. Jeffrey W. Johnson, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

ATTACHMENT

I, Scott F. Garriola, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, for the past 19 years, being duly sworn, hereby declare:

1. On February 19, 2007, I was advised by Detective Martin Pinner, Los Angeles Police Department ("LAPD"), North Hollywood Homicide Bureau, of the following facts:

 a. On February 18, 2007, CESAR SOLTERO ("SOLTERO") and Randy Almanza became involved in a physical altercation. Almanza struck SOLTERO causing him to bleed from the nose. SOLTERO left the scene but returned a short while later with a semi-automatic handgun and fired multiple shots at Almanza and others, killing Almanza.

 b. Investigation by the LAPD led to the arrest of two accomplices of SOLTERO, who provided SOLTERO with the weapon and drove him from the crime scene. These two individuals are currently incarcerated for those crimes. Initial interviews by the LAPD also determined that SOLTERO, a United States citizen, told several different witnesses that he was fleeing to Mexico. Additionally, within days of the shooting, SOLTERO's family moved from the area where the murder took place and relocated to Colorado, in fear of retaliation from Almanza's friends and family.

2. Subsequent investigation by the LAPD and the FBI determined the following information from an individual who is in

a position to know:

    a. Shortly after the murder, SOLTERO was driven to the Mexican border at San Ysidro where he crossed into Mexico. Once in Mexico, he was met by an uncle, who took him to Jeres, Zacatecas, Mexico to live with Martha Herrera, his aunt. SOLTERO's mother is originally from Zacatecas, Mexico. SOLTERO is running low on cash and is calling other family members in Los Angeles for financial support.

3. On February 21, 2007, warrant number LAVLA05494901, was issued by the Superior Court of Los Angeles, County of Los Angeles, charging SOLTERO with one count of murder, a felony, in violation of section 187 of the California Penal Code, as well as two counts of attempted murder, also felonies, in violation of section 664/187 of the California Penal Code.

4. Investigation by the LAPD and FBI to date has failed to locate SOLTERO at any of his known locations within California.

5. The Los Angeles County District Attorney's Office has agreed to extradite SOLTERO, and along with LAPD, have asked the FBI for assistance in locating SOLTERO.

6. Based on the foregoing and my extensive experience in conducting fugitive investigations, I believe that there is probable cause that CESAR SOLTERO fled the State of California with the intent to avoid prosecution for the crimes of murder and attempted murder.

SCOTT F. GARRIOLA
Special Agent - FBI

Subscribed and sworn to before me
on this 26th day of April, 2007

UNITED STATES MAGISTRATE JUDGE